In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00186-CR


______________________________




GERALD W. GRAVES, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 188th Judicial District Court


Gregg County, Texas


Trial Court No. 20,322-A




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Gerald W. Graves has filed an appeal from the revocation of his community supervision
based on his plea of true to stipulated evidence. He retained counsel for appeal. Counsel withdrew
by permission of this Court on December 17, 2002, after he had reviewed the record and concluded 
there were no viable grounds on which an appeal could be successfully pursued. See McCoy v. Court
of Appeals of Wisconsin, Dist. 1, 486 U.S. 429, 436 (1988).

 Graves' brief was then due by December 27, 2002. Graves asked this Court for additional
time to hire counsel, and we granted him a thirty-day extension to January 27, 2003. He did not hire
new counsel, file a brief, or contact this Court. On February 28, 2003, we wrote Graves, warning
him that, if he did not pursue his appeal, it would be subject to dismissal for want of prosecution. 
See Stavinoha v. State, 82 S.W.3d 690 (Tex. App.-Waco 2002, no pet.); Bush v. State, 80 S.W.3d
199 (Tex. App.-Waco 2002, no pet.); see also McDaniel v. State, 75 S.W.3d 605 (Tex.
App.-Texarkana 2002, no pet.); Rodriguez v. State, 970 S.W.2d 133, 135 (Tex. App.-Amarillo
1998, pet. ref'd).

 Graves has not contacted this Court, hired new counsel, or made any effort since that date
to pursue this appeal.





 We dismiss the appeal.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: July 29, 2003

Date Decided: July 30, 2003


Do Not Publish